| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>FRANK J. MARTONE, P.C.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>USDA/RURAL DEVELOPMENT<br>2927.0155 | Order Filed on November 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re:<br><br>DIYA S. BROWN | Case No.: 17-10770<br><br>Hearing Date: November 20, 2018<br><br>Judge: Hon. Jerrold N. Poslusny, Jr.<br><br>Chapter: 13 |

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: November 20, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | DIYA S. BROWN |
| Case Number: | 17-10770 |
| Caption of Order: | Order Vacating Stay as to Real Property |

      Upon the Motion of USDA/RURAL DEVELOPMENT, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Real Property as hereinafter set forth, and for good cause shown it is

      1.    ORDERED that the automatic stay is vacated to permit the movant or its assignees to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

      Real Property more fully described as 6321 CROCUS STREET, MAYS LANDING NJ 08330; and

      2.    It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

      3.    The movant shall serve a filed copy of this Order on the Debtor via regular mail.  The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.