UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT
USDA/RURAL DEVELOPMENT
2927.0155

In re:

DIYA S. BROWN

Order Filed on November 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 17-10770

Hearing Date: November 20, 2018

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: November 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: DIYA S. BROWN
Case Number: 17-10770
Caption of Order: Order Vacating Stay as to Real Property

Upon the Motion of USDA/RURAL DEVELOPMENT, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Real Property as hereinafter set forth, and for good cause shown it is

1. ORDERED that the automatic stay is vacated to permit the movant or its assignees to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Real Property more fully described as 6321 CROCUS STREET, MAYS LANDING NJ 08330; and

2. It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

United States Bankruptcy Court
District of New Jersey

In re:  
Diya S. Brown  
    Debtor

Case No. 17-10770-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 20, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.  
db         +Diya S. Brown,    6321 Crocus Street,    Mays Landing, NJ 08330-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:  
         Christian Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joseph J. Rogers    on behalf of Debtor Diya S. Brown jjresq@comcast.net, jjresq1@comcast.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                 TOTAL: 6