| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Diya S. Brown | Social Security number or ITIN: | xxx–xx–4449 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   1/13/17 |
| Case number: | 17–10770–JNP | Date case converted to chapter: | 7   11/20/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Diya S. Brown | |
| 2. | **All other names used in the last 8 years** | aka Diya S. Callender Brown | |
| 3. | **Address** | 6321 Crocus Street<br>Mays Landing, NJ 08330 | |
| 4. | **Debtor's attorney**<br>Name and address | Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I–4<br>Turnersville, NJ 08012 | Contact phone (856) 228–7964 |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 12/7/18 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 3, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/4/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 17-10770-JNP
Diya S. Brown                                                       Chapter 7
         Debtor                CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                 Page 1 of 2                   Date Rcvd: Dec 07, 2018
                                Form ID: 309A               Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Diya S. Brown,    6321 Crocus Street,    Mays Landing, NJ 08330-1107
516592627       American Web Loans,    55 North 4th Street,    Polica City, OK 74601
516592628      +Atlantic Cape Comm. College,    Ar Resources Inc,    Po Box 1056,    Blue Bell, PA 19422-0287
516592630      +Atlantic County Improvement Authority,    5909 Main Street,    2nd Floor,
                 Mays Landing, NJ 08330-1701
516592631      +Atlantic Emergency Assoc,    6880 W Snowville Road Suite 210,    Brecksville, OH 44141-3255
516592636      +Carepoint Health,    PO Box 824276,    Philadelphia, PA 19182-4276
516592637      +Children’s Specialized Hospital,    PO Box 15391,    Newark, NJ 07192-5391
516592638      +Claytons Self Storage,    4015 Ocean Heights Avenue,    Egg Harbor Township, NJ 08234-7502
516592640      +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
516592641       Emblem,   PO Box 790399,    St Louis, MO 63179-0399
516592642      +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
516592643      +FCRG,    PO Box 130,   Mantoloking, NJ 08738-0130
516592644       Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516592649      +HSBC,    PO Box 5203,   Carol Stream, IL 60197-5203
516592650      +Infectious Limited East PC,    Linwood Commons Suite F-1,    2106 New Road,
                 Linwood, NJ 08221-1053
516812691      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516592660       South Jersey Gas,    PO Box 3121,    Southeastern, PA 19398-3121
516592661       Sprint,    P.O. Box 660075,    Dallas, TX 75266-0075
516643900      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516592648      +hidden pictures club,    PO Box 6381,    Harlan, IA 51593-1881

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jjresq@comcast.net Dec 08 2018 00:46:42      Joseph J. Rogers,
                 Washington Professional Campus,    900 Route 168,    Suite I-4,    Turnersville, NJ   08012
tr             +EDI: QBTHOMAS.COM Dec 08 2018 05:13:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2018 00:48:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2018 00:47:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516592626       E-mail/Text: amscbankruptcy@adt.com Dec 08 2018 00:48:52      ADT Security Services,
                 PO Box 650485,    Dallas, TX 75265-0485
516704242      +E-mail/Text: amscbankruptcy@adt.com Dec 08 2018 00:48:52      ADT Security Services, Inc.,
                 3190 South Vaughn Way,    Aurora, CO 80014-3512
516592629       E-mail/Text: bankruptcy@pepcoholdings.com Dec 08 2018 00:47:25
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ   08069-3600
516592632       E-mail/Text: nicole.watts@atlanticare.org Dec 08 2018 00:46:53
                 Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516592633      +EDI: BANKAMER.COM Dec 08 2018 05:13:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
516592634      +E-mail/Text: bankruptcy@cavps.com Dec 08 2018 00:48:26      Calvalry Portfolio,    PO Box 27288,
                 Tempe, AZ 85285-7288
516592635      +EDI: CAPITALONE.COM Dec 08 2018 05:13:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516648767      +E-mail/Text: bankruptcy@cavps.com Dec 08 2018 00:48:26      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516592639       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 08 2018 00:48:37
                 Comcast Cable,    PO Box 840,    Newark, NJ 07101-0840
516592646       E-mail/Text: bankruptcy@fncbinc.com Dec 08 2018 00:46:49
                 First National Collection Bureau Inc.,    610 Waltham Way,    Sparks, NV 89434
516592645      +EDI: BLUESTEM Dec 08 2018 05:14:00      Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
516592647      +E-mail/Text: bky@martonelaw.com Dec 08 2018 00:46:56      Frank Martone, PC,    1455 Broad Street,
                 Bloomfield, NJ 07003-3068
516592651       EDI: JEFFERSONCAP.COM Dec 08 2018 05:13:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
516802343       EDI: JEFFERSONCAP.COM Dec 08 2018 05:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
516592652      +EDI: CBS7AVE Dec 08 2018 05:13:00      Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
516673376      +EDI: CBS7AVE Dec 08 2018 05:13:00      Midnight Velvet,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516592654       E-mail/Text: bankruptcydepartment@tsico.com Dec 08 2018 00:48:45      NCO Financial Systems,
                 PO Box 15740,    Wilmington, DE 19850-5740
516592653      +E-mail/Text: bankruptcydepartment@tsico.com Dec 08 2018 00:48:45      NCO Financial Systems,
                 PO Box 15630, Dept 02,    Wilmington, DE 19850-5630
516592655       E-mail/Text: ebn@nemours.org Dec 08 2018 00:47:55      Nemours Childrens Clinic,    PO Box 530253,
                 Atlanta, GA 30353-0253
```

```
District/off: 0312-1           User: admin              Page 2 of 2                 Date Rcvd: Dec 07, 2018
                               Form ID: 309A            Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516820151         EDI: PRA.COM Dec 08 2018 05:13:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
516592656        +E-mail/Text: ebn@vativrecovery.com Dec 08 2018 00:47:25       Palisades Collection L,
                 210 Sylvan Ave,    Englewood Clif, NJ 07632-2510
516592657        +EDI: RESURGENT.COM Dec 08 2018 05:13:00      Pinnacle Credit Servic,    PO Box 640,
                 Hopkins, MN 55343-0640
516819426         EDI: Q3G.COM Dec 08 2018 05:13:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516592658        +EDI: RMCB.COM Dec 08 2018 05:13:00      Retrieval-Masters Creditors Bureau, Inc.,
                 2269 S. Saw Mill Road, Bldg 3,    Elmsford, NY 10523-3848
516592659        +EDI: CBS7AVE Dec 08 2018 05:13:00      Seventh Avenue,    Seventh Avenue, Inc,    1112 7th Ave,
                 Monroe, WI 53566-1364
516673375        +EDI: CBS7AVE Dec 08 2018 05:13:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516592662         EDI: TFSR.COM Dec 08 2018 05:13:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
516592663        +E-mail/Text: bankruptcydepartment@tsico.com Dec 08 2018 00:48:46       Transworld Sys Inc,
                 PO Box 15630,    Wilmington, DE 19850-5630
516592664        +EDI: USDARHS.COM Dec 08 2018 05:14:00      Usda Rural  Development,    P O Box 66879,
                 St Louis, MO 63166-6879
516592665        +EDI: VERIZONCOMB.COM Dec 08 2018 05:13:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516592625    ##+Accounts Receivable Mg,    PO Box 129,    Thorofare, NJ 08086-0129
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Christian Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com,
               mrozea@leopoldassociates.com;bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Diya S. Brown jjresq@comcast.net, jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```