UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Diya S. Brown

Case No.: 17-10770
Chapter: 7
Judge: JNP

### NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __03/26/19__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
6321 Crocus Street
Mays Landing, NJ
Value $170,734.00

Liens on property:
USDA
$206,175.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-10770-JNP
Diya S. Brown                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2               Date Rcvd: Feb 21, 2019
                              Form ID: pdf905          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2019.
```
db              +Diya S. Brown,    6321 Crocus Street,    Mays Landing, NJ 08330-1107
cr              +USDA Rural Development,    PO Box 790170,    St. Louis, MO 63179-0170
516592627        American Web Loans,    55 North 4th Street,    Polica City, OK 74601
516592628       +Atlantic Cape Comm. College,    Ar Resources Inc,    Po Box 1056,    Blue Bell, PA 19422-0287
516592630       +Atlantic County Improvement Authority,    5909 Main Street,    2nd Floor,
                  Mays Landing, NJ 08330-1701
516592631       +Atlantic Emergency Assoc,    6880 W Snowville Road Suite 210,    Brecksville, OH 44141-3255
516592633       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                  Simi Valley, CA 93062-5170
516592636       +Carepoint Health,    PO Box 824276,    Philadelphia, PA 19182-4276
516592637       +Children's Specialized Hospital,    PO Box 15391,    Newark, NJ 07192-5391
516592638       +Claytons Self Storage,    4015 Ocean Heights Avenue,    Egg Harbor Township, NJ 08234-7502
516592640       +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
516592641        Emblem,   PO Box 790399,    St Louis, MO 63179-0399
516592642       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
516592643       +FCRG,   PO Box 130,    Mantoloking, NJ 08738-0130
516592644        Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516592649       +HSBC,   PO Box 5203,    Carol Stream, IL 60197-5203
516592650       +Infectious Limited East PC,    Linwood Commons Suite F-1,    2106 New Road,
                  Linwood, NJ 08221-1053
516812691       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                  Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
516592660        South Jersey Gas,    PO Box 3121,    Southeastern, PA 19398-3121
516592661        Sprint,    P.O. Box 660075,    Dallas, TX 75266-0075
516592662       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
516643900        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516592664        +Usda Rural  Development,    P O Box 66879,    St Louis, MO 63166-6879
516592648        +hidden pictures club,    PO Box 6381,    Harlan, IA 51593-1881
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 00:17:14      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 00:17:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516592626        E-mail/Text: amscbankruptcy@adt.com Feb 22 2019 00:18:05      ADT Security Services,
                  PO Box 650485,    Dallas, TX 75265-0485
516704242       +E-mail/Text: amscbankruptcy@adt.com Feb 22 2019 00:18:05      ADT Security Services, Inc.,
                  3190 South Vaughn Way,    Aurora, CO 80014-3512
516592629        E-mail/Text: bankruptcy@pepcoholdings.com Feb 22 2019 00:16:44
                  Atlantic City Electric Company,    Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                  Carneys Point, NJ  08069-3600
516592632        E-mail/Text: nicole.watts@atlanticare.org Feb 22 2019 00:16:04
                  Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516592634       +E-mail/Text: bankruptcy@cavps.com Feb 22 2019 00:17:33      Calvalry Portfolio,    PO Box 27288,
                  Tempe, AZ 85285-7288
516592635       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2019 00:14:18      Capital One,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
516648767       +E-mail/Text: bankruptcy@cavps.com Feb 22 2019 00:17:33      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516592639        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 22 2019 00:17:47
                  Comcast Cable,    PO Box 840,    Newark, NJ 07101-0840
516592645       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 22 2019 00:17:52      Fingerhut,
                  6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
516592646       +E-mail/Text: bankruptcy@fncbinc.com Feb 22 2019 00:15:57
                  First National Collection Bureau Inc.,    610 Waltham Way,    Sparks, NV 89437-6695
516592647       +E-mail/Text: bky@martonelaw.com Feb 22 2019 00:16:08      Frank Martone, PC,    1455 Broad Street,
                  Bloomfield, NJ 07003-3068
516592651        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2019 00:17:29      Jefferson Capital Syst,
                  16 Mcleland Rd,    Saint Cloud, MN 56303
516802343        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2019 00:17:29      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
516592652       +E-mail/Text: bankruptcy@sccompanies.com Feb 22 2019 00:18:23      Midnight Velvet,
                  1112 7th Ave,    Monroe, WI 53566-1364
516673376       +E-mail/Text: bankruptcy@sccompanies.com Feb 22 2019 00:18:23      Midnight Velvet,
                  c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516592654        E-mail/Text: bankruptcydepartment@tsico.com Feb 22 2019 00:17:58      NCO Financial Systems,
                  PO Box 15740,    Wilmington, DE 19850-5740
516592653       +E-mail/Text: bankruptcydepartment@tsico.com Feb 22 2019 00:17:58      NCO Financial Systems,
                  PO Box 15630, Dept 02,    Wilmington, DE 19850-5630
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Feb 21, 2019
                              Form ID: pdf905          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516592655         E-mail/Text: ebn@nemours.org Feb 22 2019 00:17:08     Nemours Childrens Clinic,   PO Box 530253,
                   Atlanta, GA 30353-0253
516820151         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2019 00:27:34
                   Portfolio Recovery Associates, LLC,   C/O capital One Bank (usa), N.a.,   POB 41067,
                   Norfolk VA 23541
516592656        +E-mail/Text: ebn@vativrecovery.com Feb 22 2019 00:16:45      Palisades Collection L,
                   210 Sylvan Ave,    Englewood Clif, NJ 07632-2510
516592657        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2019 00:27:16
                   Pinnacle Credit Servic,    PO Box 640,   Hopkins, MN 55343-0640
516819426         E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2019 00:17:05
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                   Kirkland, WA 98083-0788
516592658        +E-mail/Text: bkrpt@retrievalmasters.com Feb 22 2019 00:17:08
                   Retrieval-Masters Creditors Bureau, Inc.,   2269 S. Saw Mill Road, Bldg 3,
                   Elmsford, NY 10523-3848
516592659        +E-mail/Text: bankruptcy@sccompanies.com Feb 22 2019 00:18:23      Seventh Avenue,
                   Seventh Avenue, Inc,    1112 7th Ave,   Monroe, WI 53566-1364
516673375        +E-mail/Text: bankruptcy@sccompanies.com Feb 22 2019 00:18:23      Seventh Avenue,
                   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516592663        +E-mail/Text: bankruptcydepartment@tsico.com Feb 22 2019 00:17:59      Transworld Sys Inc,
                   PO Box 15630,    Wilmington, DE 19850-5630
516592665        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 22 2019 00:16:02
                   Verizon,    500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517927478*       Atlantic City Electric Company,   Pepco Holdings, Inc.,   Bankruptcy Division, Mail Stop 84CP42,
                  5 Collins Drive, Suite 2133,   Carneys Point, NJ 08069-3600
516592625      ##+Accounts Receivable Mg,   PO Box 129,   Thorofare, NJ 08086-0129
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:
```
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Christian  Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com,
               bky@martonelaw.com
              Denise E. Carlon     on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Diya S. Brown jjresq@comcast.net,  jjresql@comcast.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```